C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorney for Plaintiff, UNICOLORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNICOLORS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL FASHIONS CLOTHING, INC.; a New York Corporation; ROSS STORES, INC. a California Corporation; DDs Discounts, a California Corporation; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE No. 2:15-cv-08475-BRO-PJW<br><br>**ORDER DISMISSING THE ACTION WITHOUT PREJUDICE**<br><br>Honorable Beverly Reid O'Connell, Judge Presiding<br><br>Honorable Patrick J. Walsh, Magistrate Judge |

0082.005\9985

# **ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed *without* prejudice against all Defendants, together with all claims and/or causes of action arising therefrom;
2. This dismissal of the action *without* prejudice may be converted to a dismissal *with* prejudice at a later date; and
3. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

DATED: November 4, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge